ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLET
Assistant United States Attorney
Chief, Santa Ana Office
GREGORY W. STAPLES (CBN 155505)
Assistant United States Attorney
    411 W. Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3535
    Facsimile: (714) 338-3564
    E-mail: greg.staples@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 07-191-AHS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING DATE FOR DEFENDANT DE LAVALETTE |
| v. | ) | |
| GERALD M. SHAW and GREGORY DE LAVALETTE, | ) | Current date: 3/25/11<br>New date: 6/3/11 at 11:00 a.m. |
| Defendants. | ) | |

    The government and defendant Gregory De Lavalette, stipulate as follows:

    1.  Defendant is currently set for sentencing on March 25, 2011, at 11:00 a.m.

    2.  Defendant played a lesser role in the offense than defendant Shaw.

    3.  The government wishes to sentence defendant De Lavalette after defendant Shaw has been sentenced to ensure an appropriate sentence is imposed.

    4.  Sentencing for defendant Shaw has been continued

with a status conference set for April 8, 2011.

    5.   Defendant De Lavalette is free on bond.

The parties stipulate and request that sentencing of defendant De Lavalette be continued to June 3, 2011, at 11:00 a.m. to allow sentencing for defendant Shaw to take place.

IT IS SO STIPULATED.

                                ANDRÉ BIROTTE JR.
                                United States Attorney

March 21, 2011
DATE                          GREGORY W. STAPLES
                                Assistant United States Attorney

March 21, 2011                    /s/
DATE                          ANNE HWANG
                                Deputy Federal Public Defender
                                Attorney for Defendant
                                Gregory De Lavalette