ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLET
Assistant United States Attorney
Chief, Santa Ana Office
GREGORY W. STAPLES (CBN 155505)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3535
     Facsimile: (714) 338-3564
     E-mail: greg.staples@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERALD M. SHAW and GREGORY DE LAVALETTE, <br><br> Defendants. | Case No. SA CR 07-191-CJC <br><br> STIPULATION TO CONTINUE SENTENCING DATE FOR DEFENDANT DE LAVALETTE <br><br> Current date: 6/3/11 at 11:00 a.m. <br> New date: 10/17/11 at 10:00 a.m. |

The government and defendant Gregory De Lavalette, stipulate as follows:

  1.  Defendant is currently set for sentencing on June 3, 2011, at 11:00 a.m.

  2.  Defendant played a lesser role in the offense than defendant Shaw.

  3.  The government wishes to sentence defendant De Lavalette after defendant Shaw has been sentenced to ensure an appropriate sentence is imposed.

  4.  Sentencing for defendant Shaw has been continued

with a status conference set for July 29, 2011, at 10:00 a.m.

    5.   Defendant De Lavalette is free on bond.

The parties stipulate and request that sentencing of defendant De Lavalette be continued to October 17, 2011, at 10:00 a.m. to allow sentencing for defendant Shaw to take place.

IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

June 1, 2011
DATE

GREGORY W. STAPLES
Assistant United States Attorney

June 1, 2011
DATE

/s/ per email authorization
ANNE HWANG
Deputy Federal Public Defender
Attorney for Defendant
Gregory De Lavalette